George W. Clarke, Esq.
Tierney & Tierney, Esqs.
409 Route 112
Port Jefferson Station, New York 11776
Telephone (631) 928-1444
Facsimile (631) 928-5705
E-Mail george.clarke@tierneylaw.net

Michael S. Selvaggi, Esq.
Courter, Kobert and Cohen
1001 Route 517
Hackettstown, New Jersey 07840
Telephone (908) 852-2600
Facsimile (908) 852-8225
E-Mail mselvaggi@ckclaw.com

Attorneys for Plaintiffs
Mary P. Colvin and John Colvin

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

x_____x
MARY P. COLVIN and JOHN COLVIN

                   Plaintiffs,

    v.

VAN WORMER RESORTS, INC. and
HOTEL PUNTA COLORADA, S.A. a/k/a
PUNTA COLORADA,

                   Defendants.

x_____x

Civil Action No.: 07-4826 (WJM)

Civil Action

NOTICE OF MOTION BY
PLAINTIFFS FOR
DEFAULT JUDGMENT
AGAINST DEFENDANT
HOTEL PUNTA
COLORADA, S.A.

TO:   David R. Clark, Esq. (7112)
       Higgs, Fletcher & Mack, LLP
       401 West "A" Street, Suite 2600
       San Diego, CA 92101-7913

George M. Holland, Esq. (0916)
Lentz and Gengaro
347 Mt. Pleasant Avenue, Suite 203
West Orange, New Jersey 07052

Hotel Punta Colorada, S.A.
23679 Calabasas Road #769
Calabasas, CA 91302-1502

Sir:

**PLEASE TAKE NOTICE** that on the 5th day of May, 2008, the undersigned attorney admitted pro hac vice, counsel for the Plaintiffs Mary P. Colvin and John Colvin, shall move on behalf of said Plaintiffs before the Honorable William J. Martini, U.S.D.J. in the Federal District Court for the District for New Jersey, for an Order granting Default Judgment against Defendant Hotel Punta Colorada, S.A. based on its failure to answer or appear following service and for such other and further relief as to the Court seems just.

**PLEASE TAKE FURTHER NOTICE** that in support of the Plaintiffs' Motion, Plaintiffs will rely on a supporting Memorandum of Law and the affidavit of service on Hotel Punta Colorada, S.A. and the affidavit of Mary P. Colvin and the affirmation of George W. Clarke, pro hac vice attorney for plaintiffs.

                                          **Courter, Kobert & Cohen, P.C.**
                                          Attorneys for Plaintiffs


                                          By:/s/ James F. Moscagiuri (JM-8928)
                                                James F. Moscagiuri

Dated:   April 8, 2008